NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LYNN NOVITSKY,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3023

---

Petition for review of an arbitrator's decision in FMCS case no. 09-53595 by Charles H. Pernal, Jr.

---

## ON MOTION

---

## O R D E R

Upon consideration of Lynn Novitsky's motion for an extension of time, until April 1, 2011, to file an informal brief,

IT IS ORDERED THAT:

The motion is granted.

For The Court

JAN 2 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Lynn Novitsky
Austin M. Fulk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK